RECEIVED
NOV 22 2011
TONY R. MOORE, CLERK
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BUDD HICKS<br>LA. DOC #574083<br>VS. | CIVIL ACTION NO. 3:11-cv-1527<br><br>SECTION P<br><br>JUDGE DONALD E. WALTER |
| WARDEN ALVIN JONES, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this _21_ day of _November_, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE